CM/ECF osubmo1
(Rev. 06/29/18)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:   Annie D. Lester | ) | Case No.: 13−13867−JDW |
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

## ORDER TO SUBMIT PROPOSED ORDER

    The court hereby orders and directs Karen B. Schneller to submit a proposed order (Re: 83 Motion to Reinstate Case filed by Debtor Annie D. Lester). Order Due by 3/25/2019 Entered on Docket by: (TLJ)

    Unless a proposed order is submitted to this court through the office of the Clerk of this court on or before the date specified above, the court may enter whatever order is necessary, which may include an order denying or overruling the motion, application, objection or complaint filed in the above captioned case or an order scheduling a hearing for sanctions. In the event that the proposed order has been forwarded to counsel opposite for approval and has not been returned or submitted to the court by counsel opposite, the aforementioned attorney shall upload the proposed order to e−Orders by the deadline. In the signature line for counsel opposite, the submitting attorney shall note the dates of attempted contact with counsel opposite and the method(s) of such contact.

    The applicability of the deadline imposed by this order is limited to submission of the proposed order due. Therefore, this order does not extend any rights or protections that may expire before the deadline herein or otherwise extend any deadline mandated by applicable statutes, rules or other court orders.

Dated and Entered: 3/11/19

                                                          Jason D. Woodard
                                                          Judge, U.S. Bankruptcy Court