

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                CHAPTER 13 CASE NO.:

ANNIE D. LESTER                                  13-13867-JDW

### AGREED ORDER DENYING MOTION TO REINSTATE (DKT. #83)

THIS MATTER came before the Court on the Motion to Reinstate Case (Dkt. #83) (the "Motion") filed by the Debtor and Trustee's Objection to Motion to Reinstate Case (Dkt. #89) file by Locke D. Barkley, Chapter 13 Trustee (the "Trustee").  Upon agreement of the parties,

IT IS THEREFORE ORDERED that the Motion shall be and is hereby denied. This case shall remain dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

/s/ Karen B. Schneller
KAREN B. SCHNELLER
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392